IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILLIP DELGADILLO,

    Plaintiff,

v.     No. 13-cv-1188 WJ/SMV

NEW MEXICO DEPARTMENT OF CORRECTIONS,
RANDY DORMAN, JOHN/JANE DOE, and
GREG MARCANTEL,[1]

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   June 2, 2014, at 10:00 a.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is hereby set for **June 2, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Defendant New Mexico Department of Corrections was dismissed on January 28, 2014, pursuant to an agreement by the parties. [Docs. 10, 13]. Defendants Marcantel and Doe were dismissed on May 8, 2014. [Doc. 26].

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.